**Order filed October 5, 2020.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-20-00682-CV

———————

**MARIO TORRES AND ANA PATRICIA TORRES, INDIVIDUALLY AND A/N/F OF N.T., A MINOR, Appellants**

**V.**

**TEXAS CHILDREN'S HOSPITAL AND DR. JOHN DOE AND DR. JANE DOE, Appellees**

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2020-61396**

## ORDER

This is an accelerated appeal from an interlocutory order signed October 2, 2020. On October 5, 2020, appellants filed a motion in this court requesting temporary orders pursuant to Texas Rule of Appellate Procedure 29. Rule 29.3 provides that in an appeal from an interlocutory order, an appellate court may

make "any temporary orders necessary to preserve the parties' rights until disposition of the appeal and may require appropriate security." Tex. R. App. P. 29.3.

It appears from the facts stated in the motion that appellants' rights will be prejudiced unless immediate temporary relief is granted. Accordingly, we issue the following order.

Until this court has determined this appeal, or until this court orders otherwise, we order appellee Texas Children's Hospital and its agents, servants, employees, representatives, and attorneys to take no action pursuant to the procedures of section 166.046(e) of the Texas Health and Safety Code to withdraw life sustaining treatment from N.T., the minor child who is the subject of this suit.

Further, we order Texas Children's Hospital and the medical doctors John Doe and Jane Doe to refrain and withhold from taking any action to cause the ventilator to be removed from the minor, N.T., and from making any final decision to discontinue medically appropriate life-sustaining treatment to the minor, N.T. (DOB 11/15/2019) who is located at 6651 Main Street room 913, Houston, TX 77030.

We further order Texas Children's Hospital and the medical doctors John Doe and Jane Doe to continue to provide the minor, N.T., any medically appropriate pain management medication, medical procedures necessary to provide comfort, or any other health care provided to alleviate a patient's pain, unless such care would be medically contraindicated or contrary to the patient's or surrogate's clearly documented desire not to receive artificially administered nutrition or hydration.

This order is effective immediately and shall continue in force and effect until a final decision by this court in this interlocutory appeal or until further orders of this court.

The court issues the following expedited appellate schedule:

• Tuesday, October 6, 2020 by 12:00 noon: The reporter's record must be filed.

• Tuesday, October 6, 2020 by 5:00 pm: Appellant's brief to be filed with this court.

• Wednesday, October 7, 2020 by 12:00 noon: Appellee's response to be filed with this court.

• Wednesday, October 7, 2020 by 3:00 pm: Appellant's reply, if any, to be filed with this court.

• Wednesday, October 7, 2020 at 5:00 pm[1]: This case will be submitted to this court on the briefs before a three-justice panel.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Bourliot.

---

[1] Rule 39.8 of the Texas Rules of Appellate Procedure requires that the clerk of this court provide the parties at least twenty-one days' notice before argument or submission of a case without argument. Tex. R. App. P. 39.8. To expedite a decision, Rule 2 of the same rules authorizes a court on its own initiative to suspend the operation of a rule in a particular case. Tex. R. App. P. 2. On our own initiative, we apply Rule 2 and submit the case without the required notice set out by Rule 39.8.